FILED
CLERK, U.S. DISTRICT COURT
MAR 24 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          Plaintiff, ) CASE NO. CR 13-352 MWF
           v. )
Marvin Foster )  ORDER OF DETENTION
                          ) [Fed. R. Crim. P. 32.1(a)(6);
                    Defendant. ) 18 U.S.C. § 3143 (a)]

## I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CDCA for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) ~~or (c)~~. This finding is based on No Dispute(s) _____

_____

      and/or

B.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

_____ Pending crim case _____

_____ Discharge from ST/TR _____

IT IS THEREFORE ORDERED that the defendant be detained pending further revocation proceedings.

Dated:   3/24/14

                                                 MICHAEL R. WILNER
                                                 UNITED STATES MAGISTRATE JUDGE